Robert A. Garcia, (SBN 102969)
Attorney at Law
185 West F Street, Suite 100
San Diego, CA. 92101
Phone: (619) 696-7881
Fax No. (619) 696-9562

Attorney for Defendant, Frank David Catania (2)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vrs.<br><br>Frank David Catania (2),<br><br>Defendant.<br>______________________________ | **CASE NO. 07cr3359 JAH**<br><br>**NOTICE OF MOTION & POINTS & AUTHORITIES FOR**<br>1. Discovery;<br>2. Brady Material;<br>3. Jencks Material;<br>4. Attorney Voir Dire;<br>5. Leave for Additional Motions;<br><br>**DATE: Jan. 22, 2008**<br>**TIME: 8:30 a.m.**<br>**COURT:**<br>**HON. JOHN A. HOUSTON, U.S. DISTRICT JUDGE** |

To Assistant U.S. Attorney, Paul Cook, please take notice that on January 22, 2008, at 8:30 a.m., before the Honorable John A. Houston, Defendant, Frank David Catania, will move that the Court grant discovery, Brady Material, Jencks Material, Attorney Voir Dire, and leave to file additional motions. The attached Points and Authorities is the bases for these motions.

Respectfully submitted, Dated: Jan. 8, 2008

s/s Robert A. Garcia, Esq.

Certificate of Service

I, Robert A. Garcia, declare that on Jan. 8, 2008, I electronically served the above Notice of Motion and Points & Authorities (CASE NO. 07cr3359 JAH), on Assistant U.S. Attorney, Paul Cook, on Jan. 8, 2008.

Dated: Jan. 8, 2008

s/s Robert A. Garcia
Robert A. Garcia, Esq.