Robert A. Garcia, (SBN 102969)
Attorney at Law
185 West F Street, Suite 100
San Diego, CA. 92101
Phone: (619) 696-7881
Fax No. (619) 696-9562

Attorney for Defendant, Frank David Catania (2)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vrs.<br><br>Frank David Catania (2),<br><br>Defendant. | **CASE NO. 07cr3359 JAH**<br><br>DECLARATION BY DEFENDANT, FRANK DAVID CATANIA, IN SUPPORT TO ADVANCE SENTENCING<br><br>**DATE: April 7, 2008**<br>**TIME: 10:30 a.m.**<br>**COURT:**<br>**HON. JOHN A. HOUSTON, U.S. DISTRICT JUDGE** |

I, Frank David Catania, defendant in the above case, make this in support of my request to advance the sentencing date.

1. I am currently in custody at MCC San Diego, awaiting sentencing in this case;

2. On February 12, 2008, after x-rays and a CAT Scan were performed on me, I was told by the medical staff at MCC that I have a tumor near my left clavicle. The medical staff did not know if it was malignant. They described the tumor as being the size of "pea".

3. The medical staff told me that **no further testing** would be done until 6 months;

3. My mother died of lung cancer in 1998 and I am concerned about this tumor;

4. I have repeatedly requested to meet with a medical doctor at MCC to discuss the reasons for the delay in treatment but I have been unable to meet with any doctor or health care practioner.

5. I ask that my sentencing date be advanced so that I can be designated to a facility that can properly address this tumor.

I, Frank David Catania, declare under penalty of perjury that the above is true and correct. Signed in San Diego, California.

Dated: Mar. 10, 2008 ______________________

FRANK DAVID CATANIA
DEFENDANT

## <u>Certificate of Service</u>

I, Robert A. Garcia, declare that on March 20,2008, I electronically served the **SENTENCING SUMMARY CHART** and **Declaration by Defendant, Frank David Catania,** in CASE NO. 07cr3359 JAH, U.S. v Frank David Catania, on Assistant U.S. Attorney, Paul Cook, on March 20, 2008.

Dated: March 20, 2008

s/s Robert A. Garcia
Robert A. Garcia, Esq.