## Certificate of Service

I, Robert A. Garcia, declare that on March 20,2008, I electronically served the **SENTENCING SUMMARY CHART** and **Declaration by Defendant, Frank David Catania,** in CASE NO. 07cr3359 JAH, U.S. v Frank David Catania, on Assistant U.S. Attorney, Paul Cook, on March 20, 2008.

Dated: March 20, 2008

s/s Robert A. Garcia
Robert A. Garcia, Esq.